[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-14088
Non-Argument Calendar
_____

D.C. Docket No. 0:18-cr-60049-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHYANN LEE WILLIAMS,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 1, 2019)

Before WILLIAM PRYOR, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Williams's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399

F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of

the right to appeal difficult or debatable legal issues or even blatant error).